IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**vs.**  **CASE NO: 3:97-00005-03 (CCC)**

**LISSETTE NEGRON**

* * * * * * * * * * * * * * * * *

**MOTION REQUESTING MODIFICATION OF SUPERVISION CONDITIONS**

TO THE HONORABLE CARMEN C. CEREZO
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Lissette Negrón, who on March 20, 1998, was sentenced to an imprisonment term of forty-six (46) months after she plead guilty to violating Title 21 U.S.C. Section 846. A supervised release term of four (4) years was also imposed with the special conditions of financial disclosure and participation in a vocational training and/or job placement program. A special monetary assessment in the amount of $50 was also imposed which she has paid. On January 18, 2002, the offender was released from custody at which time the supervised release term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has adjusted well to supervision and no illegal activity has been detected. However, the offender has not been able to maintain stable employment and, as such, has been experiencing mental health problems. Ms. Negrón has agreed to the modification of her supervision conditions as noted on the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Ms. Negrón's conditions of supervision to require that she participates in a mental health program as directed and arranged by the U.S. Probation Officer.

In San Juan, Puerto Rico, this       day of November  2004.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/ Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building , Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 22, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Irene Feldman, Assistant U.S. Attorney, and to Raymond Rivera-Esteves, Esq.

In San Juan, Puerto Rico, this      day of November  2004.

                                           s/ Yvette Villegas-Otero  
                                           Yvette Villegas-Otero  
                                           U.S. Probation Officer  
                                           150 Carlos Chardón Ave.  
                                           Federal Office Building, Office 400  
                                           San Juan, PR 00918  
                                           Tel. No. (787) 771-3630  
                                           Fax No. (787) 766-5945  
                                           yvette_villegas@prp.uscourts.gov